## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

| | |
|---|---|
| TODD HILL<br>20469 Shaffer Road<br>Fredericktown, OH 43019,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>MACROGENICS, INC.<br>9704 Medical Center Drive<br>Rockville, MD 20850,<br><br>and<br><br>SCOTT KOENIG<br>c/o MACROGENICS, INC.<br>9704 Medical Center Drive<br>Rockville, MD 20850,<br><br>and<br><br>JAMES KARRELS<br>c/o MACROGENICS, INC.<br>9704 Medical Center Drive<br>Rockville, MD 20850,<br><br>      Defendants. | )<br>)<br>)<br>)  Civil No. 8:19-cv-02713-GJH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE
AND PARISH OF EAST BATON ROUGE'S MOTION FOR APPOINTMENT AS
<u>LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

Movant Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge ("CPERS" or "Movant") respectfully moves the Court for an Order: (1) appointing CPERS as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4, *et seq.*; (2) approving CPERS's selection of the law firm of Scott+Scott Attorneys

at Law LLP ("Scott+Scott") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper (the "Motion").

Accordingly, for the reasons fully set forth in the accompanying Memorandum of Law in Support hereof, Declaration of Allen Dreschel, with attached exhibits, pleadings and other filings and records in the above-captioned action, and such other written or oral argument as may be presented to the Court, CPERS respectfully asks that the Court GRANT its Motion.

DATED: November 12, 2019

Respectfully submitted,
**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Allen Dreschel*
Allen Dreschel (MD 20865)
Steven J. Toll
1100 New York Avenue, NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
adreschel@cohenmilstein.com
stoll@cohenmilstein.com

*Local Counsel for Proposed Lead Plaintiff CPERS*

Thomas L. Laughlin, IV
Donald A. Broggi
Rhiana L. Swartz
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
dbroggi@scott-scott.com
rswartz@scott-scott.com

*Counsel for Proposed Lead Plaintiff CPERS and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 */s/ Allen Dreschel*
Allen Dreschel (MD 20865)
