IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACROGENICS, INC., et al.<br><br>　　　　Defendants. | Civil Action No. 8:19-cv-02713-GJH |

## MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED COMPLAINT

Defendants MacroGenics, Inc., Dr. Scott Koenig, and Mr. James Karrels (collectively, "Defendants") respectfully move this Court for an Order dismissing with prejudice Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws, dated October 16, 2020, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 74u-4 *et seq.*, and granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Defendants incorporate herein the facts and arguments presented in the Memorandum of Law in Support of Defendants' Motion to Dismiss Lead Plaintiff's Amended Complaint and the accompanying Declaration of Jamillia P. Ferris, with attached exhibits, filed herewith.

| | |
|---|---|
| Dated:  November 30, 2020 | Respectfully submitted, |
| | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| Of Counsel: | |
| Nina F. Locker (*pro hac vice*)<br>WILSON SONSINI GOODRICH<br>  & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  650.493.9300<br>Nlocker@wsgr.com | */s/ Jamillia P. Ferris*_____<br>JAMILLIA P. FERRIS (Bar No. 27465)<br>LAURIE B. SMILAN (*pro hac vice*)<br>1700 K Street NW<br>Fifth Floor<br>Washington, D.C. 20006-3814<br>Telephone: 202.973.8800<br>Fax: 202.973.8899<br>Jferris@wsgr.com<br>Lsmilan@wsgr.com |
| Jeremy W. Gagas (*pro hac vice*)<br>WILSON SONSINI GOODRICH<br>  & ROSATI, P.C.<br>222 Delaware Ave., Suite 800<br>Wilmington, DE  19801<br>Telephone:  302.304.7600<br>Jgagas@wsgr.com | *Attorneys for Defendants* |