IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

|  |  |  |
|---|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, | * | |
| | * | |
| Plaintiff, | | Case No.: GJH-19-2713 |
| | * | |
| v. | | |
| | * | |
| MACROGENICS, INC., *et al.*, | | |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that

1. Defendants' Motion to Dismiss, ECF No. 37, is GRANTED; and

2. The Clerk shall **CLOSE** this case.

Dated: September 29, 2021        /s/_____
                                 GEORGE J. HAZEL
                                 United States District Judge