# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE,<br><br>Plaintiff,<br><br>v.<br><br>MACROGENICS, INC., *et al.*,<br><br>Defendants. | Civ. Action No. 8:19-cv-02713-GJH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Lead Plaintiff Employees' Retirement System of the City of City of Baton Rouge and Parish of East Baton Rouge hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order (ECF No. 51) entered in this action on the 29th day of September, 2021.

DATED:  October 28, 2021         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                          *s/ William C. Fredericks*
William C. Fredericks (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Rhiana L. Swartz (*pro hac vice*)
Jonathan M. Zimmerman (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
tlaughlin@scott-scott.com
dbroggi@scott-scott.com
rswartz@scott-scott.com
jzimmerman@scott-scott.com

*Attorneys for Lead Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*

1

Steven J. Toll (MD 15824)
Jan E. Messerschmidt (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Local Counsel for Lead Plaintiff Employees'*
*Retirement System of the City of Baton*
*Rouge and Parish of East Baton Rouge*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

                                       */s/ William C. Fredericks*
                                       WILLIAM C. FREDERICKS

                                       *Counsel for Lead Plaintiff Employees'*
                                       *Retirement System of the City of Baton*
                                       *Rouge and Parish of East Baton Rouge*