FILED: July 5, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2238
(8:19-cv-02713-GJH)

_____

EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE

        Plaintiff - Appellant

and

TODD HILL

        Plaintiff

v.

MACROGENICS, INC.; SCOTT KOENIG; JAMES KARRELS

        Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk